UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                )
ALL CASES             )
AS PER                )
ATTACHED LIST         )

NOTICE OF SUBSTITUTION OF ATTORNEY (Same Firm)

Peter C. Greenlee, departing attorney from Nicolet Law Office, S.C., withdraws and substitutes Ryan T. Muir of Nicolet Law Office, S.C. to the cases noted on the attached list. Cases in the attached list are to be retained by the firm, to be handled by the substituted attorney named above.

Dated: November 25, 2020

Nicolet Law Office, S.C.

/s/ Peter C. Greenlee
Peter C. Greenlee
*Former Attorney*
109 N 2nd Ave W
Duluth, MN 55802
(715) 245-8847

Nicolet Law Office, S.C.

Ryan Muir
*Substituting Attorney*
517 Second St., Suite 205
Hudson, WI 54016
(715) 808-0612

| Case Number | Name |
|---|---|
| 20-50575 | Jason Patrick and Dianna Elizabeth Ferrell |
| 20-50518 | Sheldon Wayne Roberts |
| 18-50695 | Leonard C. Kriske |
| 19-50426 | Michael Edward Blesi |
| 18-50632 | William W. Brown |
| 20-50619 | Jackie LeeAnn Carpenter |
| 18-50486 | Jeremy T. and Jennifer A. Engel |
| 17-50092 | Mark D. and Holly M. Hagen |
| 19-50748 | Lisa Ann Haglin |
| 16-50362 | Kimberly K. Hoffmockel |
| 20-50571 | Adam Justin and Kelly Leigh Holmied |
| 20-50620 | Breanna Rae and Jarid Earl Hoyt |
| 19-50363 | Terri L. Mendoza |
| 17-50562 | John H. and Lisa M. Meyers |
| 20-50595 | Randal J. Niska |
| 17-50635 | Robert A. Ring |
| 17-50503 | Trudella M. Robinson |
| 18-50460 | Sharon L. Schmidt |
| 20-50633 | Alayne Joy Vetter |
| 19-50325 | Lynn M. Weber |
| 18-50381 | Ronald D. White |
| 20-50100 | Leslie Francis Oswell |